Income for: 2008  $37,447–
               2009   16,156–
               2010    9,378–

6 month earning
(July thru Dec.)  $4,174.00

6 mo. expenses
(July thru Dec.)   2,373.00

Current bank accounts
Acc.#1  50.71
  #2   50.34